UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
MAC TRUONG,

        Plaintiff,

-v-                                       No. 07 Civ. 7070 (LTS)

STEVEN P. KARTZMAN, et al.,

        Defendants.
------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 6 2008

### ORDER OF DISMISSAL

        Pro se Plaintiff Mac Truong filed the above-captioned action in this Court on August 8, 2007, seeking various relief against a trustee in his New Jersey bankruptcy proceeding, the judge in that proceeding and other parties, relating, among other things, to the status of certain property that was the subject of litigation in the New Jersey proceeding and to decisions rendered by the court in that proceeding. The undersigned dismissed the action, which is now closed, for failure to comply with the pre-authorization procedure established by the June 17, 2006, Order of Judge Scheindlin of this Court in Truong v. McGoldrick, et. al., 06 Civ. 1430 (SAS) (S.D.N.Y.).

        By Notice of Motion submitted to the Court's Pro Se Office on February 15, 2008, Plaintiff Truong applied for "reinstatement of [this] action on active calendar." Truong's application is hereby DENIED, as his papers do not demonstrate that he has complied with the requirements of Judge Scheindlin's June 17, 2006, Order.

        It has, furthermore, come to the attention of the undersigned that the United States Bankruptcy Court for the District of New Jersey entered an order on February 14, 2008, in In re Mac Truong and Maryse Mac-Truong, Case No. 03-40283, enjoining the debtors in that case and any entity acting on their behalf from, among other things, filing any new action seeking relief against certain of the defendants in the above-captioned action without prior leave from the New Jersey Bankruptcy Court.

        In light of Judge Scheindlin's June 17, 2006, Order and the Bankruptcy Court's February 14, 2008, Order, no further application for reinstatement of the instant action will be entertained by this

Court absent proof that leave to litigate in this forum has been granted by the New Jersey Bankruptcy

Court and by a Magistrate Judge of this Court, as required by Judge Scheindlin's Order.
    SO ORDERED.

Dated: New York, New York
    February 26, 2008

                                                                         LAURA TAYLOR SWAIN
                                                                         United States District Judge